# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-1385          **Short Title:** Libby v. Fecteau

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 04/18/2025
   2. Date this notice of appeal filed 04/18/2025
      If cross appeal, date first notice of appeal filed N/A
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
   4. Date of entry of order deciding above post-judgment motion N/A
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
      Time extended to N/A

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [ ] Yes [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes [✓] No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [✓] Yes [ ] No
         If yes, explain Appeal from order denying Plaintiffs' motion for preliminary injunction, 28 U.S.C. §1292(a)(1)

C. Has this case previously been appealed? [ ] Yes [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Ryan M. Fecteau, in his official capacity as Speaker of the Maine House of Representatives
      Attorney Jonathan R. Bolton, Office of the Maine Attorney General
      Address 6 State House Station, Augusta, ME 04333
      Telephone 207-626-8551

   2. Adverse party Robert B. Hunt, in his official capacity as Clerk of the House
      Attorney Jonathan R. Bolton, Office of the Maine Attorney General
      Address 6 State House Station, Augusta, ME 04333
      Telephone 207-626-8551

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Laurel D. Libby, State Representative of Maine House District 90
      Address Auburn, ME
      Telephone (703) 243-9423

      Attorney's name Patrick N. Strawbridge
      Firm Consovoy McCarthy PLLC
      Address Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109
      Telephone (703) 243-9423

   2. Appellant's name Ronald P. Lebel
      Address Auburn, ME
      Telephone (703) 243-9423

      Attorney's name Patrick N. Strawbridge
      Firm Consovoy McCarthy PLLC
      Address Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109
      Telephone (703) 243-9423

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

G. (continued)

3. Appellant's name: Wendy Munsell
   Address: Auburn, ME
   Telephone: (703) 243-9423

   Attorney's name: Patrick N. Strawbridge
   Firm: Consovoy McCarthy PLLC
   Address: Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109
   Telephone: (703) 243-9423

4. Appellant's name: Jason Levesque
   Address: Auburn, ME
   Telephone: (703) 243-9423

   Attorney's name: Patrick N. Strawbridge
   Firm: Consovoy McCarthy PLLC
   Address: Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109
   Telephone: (703) 243-9423

5. Appellant's name: Bernice Fraser
   Address: Minot, ME
   Telephone: (703) 243-9423

   Attorney's name: Patrick N. Strawbridge
   Firm: Consovoy McCarthy PLLC
   Address: Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109
   Telephone: (703) 243-9423

6. Appellant's name: Rene Fraser
   Address: Minot, ME
   Telephone: (703) 243-9423

   Attorney's name: Patrick N. Strawbridge
   Firm: Consovoy McCarthy PLLC
   Address: Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109
   Telephone: (703) 243-9423

7. Appellant's name: Donald Dubuc
   Address: Minot, ME
   Telephone: (703) 243-9423

   Attorney's name: Patrick N. Strawbridge
   Firm: Consovoy McCarthy PLLC
   Address: Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109
   Telephone: (703) 243-9423

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Patrick N. Strawbridge
Date  04/18/2025

## CERTIFICATE OF SERVICE

I filed this docketing statement with the Court via ECF, which will electronically notify the following:

> Jonathan R. Bolton
> Kimberyl L. Patwardhan
> Office of the Maine Attorney General
> 6 State House Station
> Augusta, ME 04333
> 207-626-8551
> jonathan.bolton@maine.gov
> kimberly.patwardhan@maine.gov

Dated: April 18, 2025                    /s/ *Patrick N. Strawbridge*