No. 25-1385

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

LAUREL D. LIBBY, RONALD P. LEBEL, WENDY MUNSELL, JASON LEVESQUE, BERNICE FRASER, RENE FRASIER, and DONALD DUBUC,
*Plaintiffs-Appellants*,

v.

RYAN M. FECTEAU, in their official capacity as Speaker of the Maine House of Representatives, and ROBERT B. HUNT, in their official capacity as Clerk of the House,
*Defendants-Appellees*,

On Appeal from the United States District Court
for the District of Maine
No. 1:25-cv-83-MRD

## <u>EMERGENCY</u> MOTION TO EXPEDITE
## <u>EMERGENCY</u> MOTION FOR INJUNCTION PENDING APPEAL

Movants are filing an emergency motion for injunction pending appeal this evening and request an expedited briefing schedule given the ongoing harm to the constituents of Maine House of Representatives District 90 and their chosen representative, Laurel Libby. That motion asks this Court to restore the status quo in the Maine House by enjoining the Clerk's ongoing refusal to count Representative Libby's votes. Absent relief, Libby's district will continue to be denied equal representation when the House convenes again to vote on consequential legislation in the coming days and weeks.

1.      In February 2025, the Clerk stopped counting Representative Libby's votes cast on behalf of House District 90's residents.

2.      Along a party-line vote, the House censured Representative Libby for a social media post she made on her own time and on her own Facebook account about the unfairness of transgender athletes competing in girls' sports. The Speaker ordered her to apologize. When she refused to recant her view, the Speaker ordered Representative Libby have no right to speak or vote on behalf of her district. Now whenever legislation comes to the House floor for a vote, the Clerk is not allowed to count her votes. Compl. (Dkt.1) ¶¶50, 57-59.

3.      Absent judicial relief, Representative Libby's district will have no vote until at least the end of her term in 2026. Defs.' Opp. to Pls.' Mot. for Preliminary Injunction (Dkt.28) 2, 16. Defendants have not disclaimed that they could re-impose the same punishment if she were re-elected for another term. *See id.*

4.      Representative Libby and some of her constituents sued to restore District 90's equal representation in the House and sought a preliminary injunction. Compl. ¶¶67-70, D; *see* Pls.' Mot. for Preliminary Injunction (Dkt.8).

5.      On April 18, 2025, the district court denied Plaintiffs' motion for preliminary injunction. The court held that legislative immunity precluded Representative Libby and her constituents from seeking judicial review of the ongoing disenfranchisement of District 90. *See* Order (Dkts.39, 45).

6. At 5:01 p.m. today, the district court denied Plaintiffs' motion for injunction pending appeal. *See* Text Order (Dkt.47).

7. Movants are filing an emergency motion for injunction pending appeal this evening.

8. An expedited briefing schedule for Movants' injunction motion is necessary given the irreparable harm accruing as Maine's legislative session continues.

9. The House continues to vote on consequential legislation. Every legislator has a vote, but not Representative Libby on behalf of House District 90. On roll call votes, the Clerk marks District 90 as a "Z." *See, e.g.*, Roll Call No. 75 for LD 303 (April 8, 2025), https://perma.cc/4EDE-4EVT. The House already voted on an $11 billion state biennial budget; Representative Libby's district had no say in that.

10. At least 1,800 bills are likely to come to the House floor between now and the end of the current session, which is scheduled to end May 29, 2025. *See Session Schedule: 132nd Legislature*, Me. House of Reps., https://bit.ly/42tL1Ul. And the House will soon vote on legislation that Representative Libby sponsored or cosponsored concerning Sunday closing laws, tobacco taxes, paid family and medical leave, public records requests, and consumer energy and electricity costs, as well as other legislation concerning participation of transgender athletes in girls' sports, good Samaritan protection for drug-related medical assistance, greenhouse gas emissions, MaineCare financial eligibility requirements, availability of funding for mental health services, minimum wage for agricultural workers, and more.

3

11.     Should Representative Libby ultimately prevail in this appeal, those thousand or more votes already taken cannot be recast. There can be no do-over.

12.     To restore the status quo and preserve the opportunity for further appellate review before the legislative session ends, Movants propose the following expedited briefing schedule on Movants' emergency motion for injunction pending appeal:

- Appellees' response to the injunction motion due Wednesday, April 23, by 8:00 p.m.

- Movants' reply in support of their injunction motion due Thursday, April 24, by 2:00 p.m.

13.     Movants conferred with Appellees' counsel, who advised that Appellees consent to this proposed briefing schedule.

Dated: April 21, 2025                     Respectfully submitted,

                                          /s/ *Patrick N. Strawbridge*
Taylor A.R. Meehan                        Patrick N. Strawbridge
Daniel M. Vitagliano*                     CONSOVOY MCCARTHY PLLC
Marie E. Sayer*                           Ten Post Office Square
CONSOVOY MCCARTHY PLLC                     8th Floor South PMB #706
1600 Wilson Blvd., Suite 700              Boston, MA 02109
Arlington, VA 22209                       (703) 243-9423
(703) 243-9423                            patrick@consovoymccarthy.com
taylor@consovoymccarthy.com
dvitagliano@consovoymccarthy.com
mari@consovoymccarthy.com

*Supervised by principals of the firm
 admitted to practice in VA*

*Counsel for Appellants*

4

**CERTIFICATE OF COMPLIANCE**

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 664 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word in 14-point Garamond font.

Dated: April 21, 2025                                    /s/ *Patrick N. Strawbridge*

**CERTIFICATE OF SERVICE**

I filed this motion via the Court's ECF system, which will electronically notify

the following:

> Jonathan R. Bolton
> Kimberyl L. Patwardhan
> Office of the Maine Attorney General
> 6 State House Station
> Augusta, ME 04333
> 207-626-8551
> jonathan.bolton@maine.gov
> kimberly.patwardhan@maine.gov

Dated: April 21, 2025                    /s/ *Patrick N. Strawbridge*