# United States Court of Appeals
## For the First Circuit

_____

No. 25-1385

LAUREL D. LIBBY; RONALD P. LEBEL; WENDY MUNSELL; JASON LEVESQUE;
BERNICE FRASER; RENE FRASER; DONALD DUBUC,

Plaintiffs - Appellants,

v.

RYAN M. FECTEAU, in their official capacity as Speaker of the Maine House of
Representatives; ROBERT B. HUNT, in their official capacity as Clerk of the House,

Defendants - Appellees.

_____

Before

Gelpí, Kayatta and Montecalvo,
Circuit Judges.

_____

**ORDER OF COURT**

Entered: April 25, 2025

Appellants have filed an "Emergency Motion for Injunction Pending Appeal." "To be entitled to an injunction pending appeal, the appellants must make a strong showing that they are likely to succeed on the merits, that they will be irreparably injured absent emergency relief, that the balance of the equities favors them, and that an injunction is in the public interest." Together Emps. v. Mass Gen. Brigham Inc., 19 F.4th 1, 7 (1st Cir. 2021). "The first two factors are the most important." Id.

After careful consideration of the injunction papers filed in this court and relevant portions of the record, we conclude that appellants have failed to demonstrate a sufficient likelihood of success and, more generally, have failed to demonstrate that injunctive relief pending appeal is in order. See generally Cushing v. Packard, 30 F.4th 27 (1st Cir. 2022) (en banc); National Association of Social Workers v. Harwood, 69 F.3d 622 (1st Cir. 1995). Accordingly, the motion is **DENIED**.

Any party intending to seek expedited briefing of the merits of the appeal should file an appropriate motion as soon as practicable.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Patrick N. Strawbridge
Daniel M. Vitagliano
Taylor A.R. Meehan
Marie E. Sayer
Jonathan Richard Bolton
Kimberly Leehaug Patwardhan
Robert J. Morris II