No. 25-1385

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

LAUREL D. LIBBY, RONALD P. LEBEL, WENDY MUNSELL, JASON LEVESQUE, BERNICE FRASER, RENE FRASER, and DONALD DUBUC,
*Plaintiffs-Appellants*,

v.

RYAN M. FECTEAU, in their official capacity as Speaker of the Maine House of Representatives, and ROBERT B. HUNT, in their official capacity as Clerk of the House,
*Defendants-Appellees*,

On Appeal from the United States District Court
for the District of Maine
No. 1:25-cv-83-MRD

## MOTION TO EXPEDITE APPEAL

Appellants respectfully move for expedition of this appeal given the ongoing legislative session in the Maine House of Representatives and the ongoing harm to constituents of Representative Laurel Libby, who remains barred from speaking or voting on legislation coming to the House floor. *See* 28 U.S.C. §1657(a); Fed. R. App. P. 27; 1st Cir. IOP VII.B. Expedited review is warranted to restore Representative Libby's district's equal representation before the end of the current session this summer or, failing that, before the commencement of the next regular session in January 2026.

Appellees agree to the expedited briefing schedule proposed below.

1. In February 2025, the House Speaker prohibited Representative Libby from speaking on the House floor, and the House Clerk stopped counting Representative Libby's votes cast on behalf of her constituents. Compl. ¶¶7, 57-59, 67-70 (D. Ct. Dkt.1). Defendants-Appellees took those unprecedented acts because Representative Libby refused to apologize for a social media post made on her own time and on her own Facebook account that called attention to Maine's policy of requiring girls' sports to be open to transgender athletes.

2. Representative Libby and some of her constituents sued to restore District 90's equal representation in the House and sought a preliminary injunction. Compl. ¶¶67-70, C-D; *see* Pls.' Mot. for Preliminary Injunction (D. Ct. Dkt.8).

3. On April 18, 2025, the district court denied Appellants' motion for preliminary injunction. The court held that legislative immunity precluded Representative Libby and her constituents from seeking judicial review of the denial of District 90's voice and vote on the House floor, *see* Order 2 (D. Ct. Dkts.39, 45), which Defendants-Appellees have said will continue for the rest of Representative Libby's elected term, *see* Defs.' Opp. to Pls.' Mot. for Preliminary Injunction 2, 16 (D.Ct. Dkt.28).

4. Appellants immediately moved for an injunction pending appeal in this Court and requested interim relief requiring the House Clerk to count Libby's votes. On April 25, 2025, this Court denied Appellants' motion. *See* Order (Apr. 25, 2025). Thus, pending resolution of this appeal, Representative Libby and her thousands of

constituents have no vote on several hundreds of bills expected to come to the House floor.

5. Federal law provides that all federal courts "shall expedite the consideration of … any action for temporary or preliminary injunctive relief." 28 U.S.C. §1657(a). And here, an expedited briefing schedule and argument for Appellants' appeal is necessary given the irreparable harm accruing as Maine's legislative session continues.

6. The House continues to vote on consequential legislation. Every legislator's district but Libby's has a vote. On roll call votes, the Clerk marks District 90 as a "Z." *See, e.g.*, H.R. Roll Call No. 75 – LD 303, 132nd Leg., 1st Spec. Sess. (Me. Apr. 8, 2025), https://perma.cc/4EDE-4EVT. The House already voted on the State's $11 billion biennial budget; Representative Libby's district had no say in that.

7. The House is currently convened for the First Special Session of the 132nd Maine Legislature. This session likely will run through the end of June or potentially through July. *See House Legislative Records*, Me. House of Reps., https://bit.ly/4iBQMVO (131st Legislature First Special Session concluding July 26, 2023; 130th Legislature First Special Session concluding July 19, 2021; 129th Legislature First Regular Session concluding June 20, 2019; 128th Legislature First Regular Session concluding August 2, 2017). The Legislature will reconvene for the second regular session in January 2026. Me. Const. art. IV, pt. 3, §1. At any time before

then, the Legislature could reconvene for additional special session(s). *See House Legislative Records*, *supra* (130th Legislature Second Special Session September 29, 2021).

8. Should Representative Libby ultimately prevail in this appeal, there is no do-over for the debates and the votes occurring during the ongoing session.

9. Absent expedited review, Representative Libby and her thousands of constituents have no voice or vote on legislation that comes to the House floor for the rest of this session.

10. To preserve the opportunity for some relief before the end of the ongoing legislative session and, in the alternative, to better ensure a decision before any future sessions, Appellants propose the following briefing and possible argument schedule:

- Appellants' opening brief due May 9, 2025.
- Appellees' response brief due May 23, 2025.
- Appellants' reply brief due May 30, 2025.
- Oral argument during the June sitting.

11. Appellants conferred with Appellees' counsel, who advised that Appellees agree to this proposed schedule.

Dated: April 29, 2025

Taylor A.R. Meehan
Daniel M. Vitagliano*
Marie E. Sayer*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
taylor@consovoymccarthy.com
dvitagliano@consovoymccarthy.com
mari@consovoymccarthy.com

*Supervised by principals of the firm
 admitted to practice in VA

Respectfully submitted,

/s/ *Patrick N. Strawbridge*
Patrick N. Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

*Counsel for Appellants*

**CERTIFICATE OF COMPLIANCE**

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 727 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word in 14-point Garamond font.

Dated: April 29, 2025 /s/ *Patrick N. Strawbridge*

**CERTIFICATE OF SERVICE**

I filed this motion via the Court's ECF system, which will electronically notify the following:

>Jonathan R. Bolton
>Kimberyl L. Patwardhan
>Office of the Maine Attorney General
>6 State House Station
>Augusta, ME 04333
>207-626-8551
>jonathan.bolton@maine.gov
>kimberly.patwardhan@maine.gov


Dated: April 29, 2025    /s/ *Patrick N. Strawbridge*