*In the*

# UNITED STATES COURT OF APPEALS

*for the*

# FIRST CIRCUIT

LAUREL D. LIBBY; RONALD P. LEBEL; WENDY MUNSELL; JASON LEVESQUE; BERNICE FRASER; RENE FRASER; DONALD DUBUC,

*Plaintiffs-Appellants,*

v.

RYAN M. FECTEAU, IN THEIR OFFICIAL CAPACITY AS SPEAKER OF THE MAINE HOUSE OF REPRESENTATIVES; ROBERT B. HUNT, IN THEIR OFFICIAL CAPACITY AS CLERK OF THE HOUSE,

*Defendants-Appellees.*

*On Appeal from the United States District Court for the District of Maine*
*No. 1:25-cv-00083-MRD*
*The Honorable Melissa R. DuBose*

## MOTION OF THE FOUNDATION
## FOR INDIVIDUAL RIGHTS AND EXPRESSION
## FOR LEAVE TO FILE AMICUS CURIAE BRIEF

MARC J. RANDAZZA
JAY M. WOLMAN
RONALD D. GREEN
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
ecf@randazza.com
Attorneys for Amici Curiae

## MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE

Pursuant to Federal Rule of Appellate Procedure 29(a) and First Circuit Rule 29(a), The Foundation for Individual Rights and Expression ("FIRE" or "proposed *amicus*") respectfully moves this Court for leave to file the accompanying *amicus curiae* brief in support of Appellants. Proposed *amicus* states as follows:

1.      FIRE is a nonpartisan nonprofit organization that defends the individual rights of all Americans to free speech and free thought–the essential qualities of liberty.

2.      Rule 29(a)(3) requires proposed *amicus* to explain why the brief is desirable and why the matters asserted are relevant to the disposition of the case. *See Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 568 (1st Cir. 1999) ("[A] court is usually delighted to hear additional arguments from able *amici* that will help the court toward right answers."); *Neonatology Assocs., P.A. v. C.I.R.,* 293 F.3d 128, 133 (3d Cir. 2002) (finding that "the criterion of desirability . . . is open-ended, but a broad reading is prudent").

3.      Since its founding in 1999, FIRE has successfully defended the rights of tens of thousands of individuals. To do so, FIRE engages in public advocacy, targeted litigation, and participation as *amicus curiae* in cases that implicate expressive freedoms, like the matter now before the Court. FIRE believes our democracy's continued success depends on the law remaining unequivocally on the

side of robust free-speech protections.

4.  As a result of its extensive advocacy campaigns and wide-reaching litigation, FIRE has developed a particular expertise and depth of knowledge in this area that will aid the Court in its resolution of the present motions by presenting a comprehensive briefing of the implicated constitutional issues. In particular, FIRE's expertise will contextualize the broader First Amendment principles and public interest invoked by this case.

5.  Plaintiffs-Appellants have consented to the filing of this brief.

6.  Defendants-Appellees take no position on the filing of this brief.

7.  For the reasons set forth herein, FIRE respectfully requests that this Court grant the instant motion for leave to file the proposed *amicus curiae* brief.

Date: May 16, 2025.

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Jay M. Wolman (Bar No. 1135959)
Marc J. Randazza (Bar No. 90629)
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

*Attorneys for Amicus*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 341 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word Times New Roman 14-point font.

Date: May 16, 2025.                    RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: May 16, 2025.                    RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza