IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 25-1385

LAUREL D. LIBBY; RONALD P. LEBEL; WENDY MUNSELL; JASON LEVESQUE; BERNICE FRASER; RENE FRASER; and DONALD DUBUC,

Plaintiffs-Appellants

v.

RYAN M. FECTEAU, in their official capacity as Speaker of the Maine House of Representatives; ROBERT B. HUNT, in their official capacity as Clerk of the House,

Defendants-Appellees

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

UNOPPOSED MOTION OF THE UNITED STATES AS *AMICUS CURIAE* TO PARTICIPATE IN ORAL ARGUMENT

Pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(8), the United States respectfully seeks permission to participate in oral argument of this appeal on five minutes of time ceded by plaintiffs-appellants.  In support of this motion, the United States provides as follows:

1. On May 16, 2025, the United States filed its brief as amicus curiae supporting plaintiffs-appellants pursuant to Federal Rule of Appellate Procedure 29(a)(2).

2. On May 5, 2025, this Court scheduled this case for oral argument on June 5, 2025.

3. This appeal concerns the Equal Protection Clause's "one-person, one-vote" guarantee of representation in the legislature and the applicability of legislative immunity to a decision by the Speaker of the Maine House of Representatives to bar House District 90's elected representative, Maine State Representative Laurel Libby, from voting absent a compelled apology from Libby for expressing her views on the participation of male athletes in girls' high school sports. Because of the federal government's interest in these issues, the United States filed a brief as amicus curiae supporting plaintiffs-appellants. The United States believes that its participation in oral argument will be helpful to the Court.

4. If the Court grants this motion, the Assistant Attorney General for the Civil Rights Division of the Department of Justice, Harmeet K. Dhillon, would present oral argument on behalf of the United States.

5. This Court's calendar currently indicates that the Court has allotted 15 minutes of argument time to plaintiffs-appellants and 15 minutes to defendants-appellees.

6. Counsel for plaintiffs-appellants consents to this motion and has agreed to cede five minutes of their oral argument time to the United States if this motion is granted. As a result, the United States' participation in oral argument would not affect the overall time allotted for this case.

7. Counsel for defendants-appellees does not oppose this motion.

**CONCLUSION**

For the foregoing reasons, the United States respectfully requests leave to participate in oral argument with five minutes of time ceded by plaintiffs-appellants.

Respectfully submitted,

HARMEET K. DHILLON
  Assistant Attorney General
  Civil Rights Division

JESUS A. OSETE
  Deputy Assistant Attorney General
  Civil Rights Division

/s/ Matthew J. Donnelly
MATTHEW J. DONNELLY
  Attorney
  Department of Justice
  950 Pennsylvania Avenue, N.W.
  Washington, D.C.  20530
Dated:  May 28, 2024                    (202) 514-4609

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 329 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it was prepared in Times New Roman 14-point font using Microsoft Word.

/s/ Matthew Donnelly
MATTHEW J. DONNELLY
Attorney

Date:  May 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system on the following persons:

Taylor A.R. Meehan
Daniel M. Vitagliano
Marie E. Sayer
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA  22209
(703) 243-9423
taylor@consovoymccarthy.com
dvitagliano@consovoymccarthy.com
mari@consovoymccarthy.com

Patrick N. Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA  02109
(703) 243-9423
patrick@consovoymccarthy.com

       Counsel for Plaintiffs-Appellants

Kimberyl L. Patwardhan
Jonathan R. Bolton
Office of the Maine Attorney General
6 State House Station
Augusta, ME  04333
(207) 626-8800
kimberly.patwardhan@maine.gov
jonathan.bolton@maine.gov

       Counsel for Defendants-Appellees

                 /s/ Matthew J. Donnelly
                 MATTHEW J. DONNELLY