# United States Court of Appeals
## For the First Circuit

No. 25-1385

LAUREL D. LIBBY; RONALD P. LEBEL; WENDY MUNSELL; JASON LEVESQUE;
BERNICE FRASER; RENE FRASER; DONALD DUBUC,

Plaintiffs - Appellants,

v.

RYAN M. FECTEAU, in their official capacity as Speaker of the Maine House of
Representatives; ROBERT B. HUNT, in their official capacity as Clerk of the House,

Defendants - Appellees.

**ORDER OF COURT**

Entered: May 29, 2025

The motion for leave to appear at oral argument by Amicus Curiae United States is granted. Assistant Attorney General Harmeet K. Dhillon is directed to file a notice of appearance and designation of attorney presenting oral argument form no later than Friday, May 30, 2025.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matthew J. Donnelly
Patrick N. Strawbridge
Daniel M. Vitagliano
Taylor A.R. Meehan
Marie E. Sayer
Jonathan Richard Bolton
Kimberly Leehaug Patwardhan
Marc John Randazza
Jay Marshall Wolman
Robert J. Morris II