**AARON M. FREY**
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 711



STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

125 PRESUMPSCOT ST., STE. 26
PORTLAND, MAINE 04103
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

June 26, 2025

Anastasia Dubrovsky, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: *Libby et al. v. Fecteau et al.*, No. 25-1385

Dear Ms. Dubrovsky,

I write on behalf of Appellees Ryan M. Fecteau and Robert B. Hunt (State Officers) to alert the Court of recent action taken by the Maine House of Representatives (House).

Yesterday afternoon, the House voted in favor of House Resolution No. 2 (H.R. 2), a copy of which is attached to this letter. H.R. 2 "rescind[s], effective upon adjournment sine die of the First Special Session of the One Hundred and Thirty-second Legislature, the restrictions on the voting and speaking privileges of Representative [Laurel D.] Libby." The House vote in favor of H.R. 2 was 115 to 16, and the measure had bipartisan support.

Shortly thereafter, the Maine Legislature adjourned the First Special Session of the One Hundred and Thirty-second Maine Legislature *sine die*. *See Clardy v. Jackson*, 2024 ME 61, ¶3 & n.1, 322 A.3d 1158 (explaining a *sine die* adjournment "is the final adjournment of a legislative session"). Accordingly, as of June 25, 2025, there are no longer any restrictions on Rep. Libby's ability to vote or debate on any matter pending before the House.

Because there is no relief the Court can now provide to Appellants, this appeal is now moot. *See Sosa Acosta v. Puerto Rico Dep't of Health*, 96 F. App'x 4 (1st Cir. 2004) (dismissing appeal from denial of motion to stay discovery as moot when intervening event lifted stay); *Cnty. Motors, Inc. v. Gen. Motors Corp.*, 278 F.3d 40, 43 (1st Cir. 2002) (dismissing appeal from denial of preliminary injunction motion as moot when intervening event provided appellant with relief sought).

June 26, 2025
Page 2

                                      Respectfully submitted,

                                      */s/ Kimberly L. Patwardhan*
                                      Kimberly L. Patwardhan, AAG
                                      Attorney for State Officers

KLP/lsf
Enclosure
cc:     CM/ECF distribution list