**HR 2**

HOUSE RESOLUTION TO RESCIND THE RESTRICTIONS ON THE VOTING AND SPEAKING PRIVILEGES OF REPRESENTATIVE LAUREL D. LIBBY OF AUBURN

PRESENTED BY: _____
(Representative LORI K. GRAMLICH)
TOWN: Old Orchard Beach

132LR2561(01)

STATE OF MAINE

———

IN THE YEAR OF OUR LORD

TWO THOUSAND TWENTY-FIVE

———

HOUSE RESOLUTION TO RESCIND THE RESTRICTIONS ON
THE VOTING AND SPEAKING PRIVILEGES OF
REPRESENTATIVE LAUREL D. LIBBY OF AUBURN

**WHEREAS,** on February 25, 2025, Representative Laurel D. Libby of Auburn was censured by the House of Representatives in House Resolution 1 pursuant to Article IV, Part Third, Section 4 of the Constitution of Maine and Section 561, subsection 1 of Mason's Manual of Legislative Procedure; and

**WHEREAS,** as a consequence of Representative Libby not comporting with the censure, restrictions were placed on the voting and speaking privileges of Representative Libby pursuant to House Rule 401, subsection 11; now, therefore, be it

**RESOLVED:** That We, the Members of the House of Representatives of the One Hundred and Thirty-second Legislature now assembled in the First Special Session, hereby rescind, effective upon adjournment sine die of the First Special Session of the One Hundred and Thirty-second Legislature, the restrictions on the voting and speaking privileges of Representative Libby; and be it further

**RESOLVED:** That this resolution must be entered on the journal of the House of Representatives.

**HOUSE OF REPRESENTATIVES**
*June 25, 2025*

     **READ** and **ADOPTED**.

    ROLL CALL NO. 603

(Yeas 115 - Nays 16 - Absent 18 - Excused 2 - Abstain 1)

ORDERED SENT FORTHWITH.

*[signature: R(t B. Hunt]*
CLERK