# United States Court of Appeals
## For the First Circuit

No. 25-1385

LAUREL D. LIBBY; RONALD P. LEBEL; WENDY MUNSELL; JASON LEVESQUE; BERNICE FRASER; RENE FRASER; DONALD DUBUC,

Plaintiffs - Appellants,

v.

RYAN M. FECTEAU, in their official capacity as Speaker of the Maine House of Representatives; ROBERT B. HUNT, in their official capacity as Clerk of the House,

Defendants - Appellees.

**ORDER OF COURT**

Entered: July 2, 2025

Appellants are directed to file a response to Appellees' June 26, 2025, letter. The response shall be no longer than five pages and filed on or before **July 14, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matthew J. Donnelly
Harmeet K. Dhillon
Patrick N. Strawbridge
Daniel M. Vitagliano
Taylor A.R. Meehan
Marie E. Sayer
Jonathan Richard Bolton
Kimberly Leehaug Patwardhan
Marc John Randazza
Jay Marshall Wolman
Robert J. Morris II